GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

LENNES N. OMURO           5392-0
 lomuro@goodsill.com
FOREST B. JENKINS         9761-0
 fjenkins@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant in Intervention
Charles M. Somers, Individually Charles M. Somers as
Trustee of the Charles M. Somers Living Trust and
West Sunset 32 Phase 1, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RMB ENTERPRISES, INC. DBA PARADISE PACIFIC HOMES,<br><br>Defendant.<br><br>CHARLES M. SOMERS, INDIVIDUALLY CHARLES M. SOMERS AS TRUSTEE OF THE CHARLES M. SOMERS LIVING TRUST AND WEST SUNSET 32 PHASE 1, LLC,<br><br>Intervenor. | CIVIL NO. 19-00496 JAO-RT (Contract)<br><br>FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF NAUTILUS INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE [DKT 34], FILED JULY 17, 2020 |

**FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF NAUTILUS INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE [DKT 34], FILED JULY 17, 2020**

Before the Court is Plaintiff Nautilus Insurance Company's ("Plaintiff") Motion for Default Judgment ("Motion"), filed on July 17, 2020. ECF No. 34. On August 6, 2020, Defendant in Intervention Charles M. Somers, Individually Charles M. Somers as Trustee of the Charles M. Somers Living Trust and West Sunset 32 Phase 1, LLC's ("Defendant in Intervention") filed a Memorandum in Opposition to the Motion. ECF No. 41. On August 13, 2020, Plaintiff filed a Reply Memorandum in Support of the Motion. ECF No. 42.  Defendant RMB Enterprises, Inc. dba Paradise Pacific Homes ("Defendant") did not file a response or opposition to the Motion.

This matter came on for hearing on August 27, 2020 before the Honorable Magistrate Judge Rom A. Trader. ECF No. 43. The parties appeared telephonically for the hearing on the Motion. Forest Benjamin Jenkins, Esq. appeared for the Defendant in Intervention. J. Patrick Gallagher, Esq. and Kamalolookalani K. Koanui-Kong, Esq. appeared for Plaintiff Nautilus Insurance Company.

After careful consideration of the Motion, the supporting and opposing memoranda, the arguments of counsel, and the applicable law, the Court FINDS and RECOMMENDS that the Motion be DENIED WITHOUT PREJUDICE.

BACKGROUND

Plaintiff filed a Complaint for Declaratory Judgment on September 12, 2019 ("Complaint"), seeking the Court to declare and adjudge that Plaintiff does not have a duty to defend and/or indemnity Defendant regarding claims the Defendant in

Intervention asserted against the Defendant in another case. ECF No. 1. On October 17, 2019, Plaintiff filed its Waiver of The Service of Summons executed by Defendant. ECF No. 12. On December 11, 2019, Plaintiff filed a Request to Clerk for Entry of Default of Defendant RMB Enterprises, Inc. DBA Paradise Pacific Homes as to the Complaint for Declaratory Judgment, Filed September 12, 2019. ECF No. 15. The Court notes that Defendant was served with the Complaint and failed to answer or respond.

On December 12, 2019, the Clerk filed an Entry of Default of Defendant RMB Enterprises, Inc. DBA Paradise Pacific Homes. ECF No. 16. On December 24, 2019, twelve days after the entry of default, the Defendant in Intervention filed their Motion to Intervene. ECF No. 18. On March 17, 2020, the Court entered its Order Granting Charles M. Somers, Individually Charles M. Somers As Trustee of the Charles M. Somers Living Trust and West Sunset 32 Phase 1, LLC's Motion to Intervene. ECF No. 29. Plaintiff filed the instant Motion on July 17, 2020. ECF No. 34. On August 6, 2020, Defendant in Intervention filed a Memorandum in Opposition to the Motion. ECF No. 41. On August 13, 2020, Plaintiff filed a Reply Memorandum in Support of the Motion. ECF No. 42. Defendant did not file a response or opposition to the Motion.

## DISCUSSION

As a general rule, default judgments are disfavored as cases should be decided upon their merits whenever reasonably possible. Pena v. Seguros La Comercial, S.A., 770 F.2d 811, 814 (9th Cir.1985). The Court has discretion in granting or denying Plaintiff's request for default judgment against Defendant. Eitel v. McCool, 782 F.2d 1470, 1471 (9th Cir. 1986). The Ninth Circuit has identified seven factors that federal

3

district courts should consider in determining whether to award a default judgment:

> (1) the possibility of prejudice to the plaintiff; (2) the merits of plaintiff's substantive claim; (3) the sufficiency of the complaint; (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was due to excusable neglect; and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decision on the merits.

Id. at 1471-72 (hereinafter referred to as the "Eitel factors"). The Court considered the Motion (ECF No. 34), Defendant in Intervention's Memorandum in Opposition to the Motion (ECF No. 41), and Plaintiff's Reply Memorandum in Support of the Motion (ECF No. 42), the arguments of counsel, and the Eitel factors. The Court largely adopts the arguments and authorities relied upon by Defendant in Intervention and FINDS and RECOMMENDS that the District Court DENY the Motion WITHOUT PREJUDICE. Notably, in ruling on the Motion, the Court strongly favors a resolution of the core disputed issues between the Plaintiff and Defendant in Intervention on the merits. With Plaintiff Nautilus Insurance Company's Motion for Summary Judgment (ECF No. 35) pending hearing before the Honorable District Court Judge Jill A. Otake on October 23, 2020, the Court finds this circumstance significant in its findings and recommendation to deny the instant Motion without prejudice.

//

//

//

//

//

## CONCLUSION

In accordance with the foregoing, the Court hereby FINDS and RECOMMENDS that the Motion be DENIED WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaiʻi, September 18, 2020.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge


APPROVED AS TO FORM:

/s/  J. Patrick Gallagher
J. PATRICK GALLAGHER, ESQ.
KAMALOLOOKALANI K. KOANUI-KONG, ESQ.
Attorneys for Plaintiff
NAUTILUS INSURANCE COMPANY

_____

Civ. No. 19-00496 JAO-RT; *Nautilus Insurance Company v. RMB Enterprises, Inc.*; Findings and Recommendation to Deny Plaintiff Nautilus Insurance Company's Motion for Default Judgment Without Prejudice [DKT 34], Filed July 17, 2020