IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | CIVIL NO. 19-00496 JAO-RT |
| ) | |
| Plaintiff, ) | ORDER ADOPTING MAGISTRATE |
| ) | JUDGE'S FINDINGS AND |
| vs. ) | RECOMMENDATION |
| ) | |
| RMB ENTERPRISES, INC., dba ) | |
| PARADISE PACIFIC HOMES , ) | |
| ) | |
| Defendant, ) | |
| ) | |
| CHARLES M. SOMERS, ) | |
| INDIVIDUALLY, CHARLES M. ) | |
| SOMERS AS TRUSTEE OF THE ) | |
| CHARLES M. SOMERS LIVING ) | |
| TRUST AND WEST SUNSET 32 ) | |
| PHASE 1, LLC, ) | |
| ) | |
| Intervenors. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on September 18, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C.

§ 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny

Plaintiff Nautilus Insurance Company's Motion for Default Judgment Without

Prejudice [Dkt. 34], filed July 17, 2020," ECF No. 44, is adopted as the opinion

and order of this Court.

    IT IS SO ORDERED.

    DATED:   Honolulu, Hawaiʻi, October 9, 2020.



Jill A. Otake
United States District Judge

Civil No. 19-00496 JAO-RT; *Nautilus Ins. Co. v. RMB Enters, Inc.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION